AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U. S. A.
vs.
Robert Cooney

**APPEARANCE**

Case Number: 04cr30050
/02 CR - 339 - 010

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendant

Robert Cooney

Date: 4/27/06

Signature: Jos. A. Franco

Print Name: Jos. A. Franco

Address: 51 Park Ave

City: W. Spfld   State: MA   Zip Code: 01089

Phone Number: 413-737-2675