# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | WAIVER OF PROBABLE CAUSE HEARING |
| | ) | |
| ROBERT COONEY, | ) | |
| Defendant | ) | Case Number: 04-30050-MAP |

I, __Robert Cooney__, understand that in the ___ District of __Massachusetts__ charges are pending alleging violation of ___supervised release___ and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2)   a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( )   retain counsel, or request the assignment of counsel,

(X)   a probable cause hearing,

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_____
Signature of Defendant

__4/28/06__
Date

_____
Signature of Defense Counsel