UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
) CASE NO. 04-30050-MAP
V. )
ROBERT COONEY, )
    Defendant )

### MOTION TO CONTINUE VIOLATION HEARING

    Now comes the Defendant in the above-entitled matter and moves this Honorable Court to continue the revocation of supervised release from its presently scheduled date of June 21, 2006 at 3:00 PM to a date in August 2006 which is convenient to this Court and to counsel. As grounds therefor, counsel states that an evidentiary matter involving scientific evidence (including but not limited to expert analysis of fingerprints) would be necessary. The evidence would take several hours, if not a day, to be presented to the Court. Expert witnesses would be necessary and funds for experts would be requested. Presently the case is scheduled for an evidentiary hearing in the Adams District Court in September 2006. The result of that hearing could obviate the necessity of an evidentiary hearing in the District Court.

    Therefore, in the interest of judicial economy and conservation of taxpayers' funds, it would be more efficient to have this matter set for a date in August. Counsel has conferred with Assistant United States Attorney Paul Smyth on this matter and he concurs and assents to this continuance.

This counsel has also conferred with Rachelle Lee, the United States Probation Officer in charge of this matter and the Probation Department has no objection. Therefore, it is requested that this motion be allowed and that a new date be set.

                                      THE DEFENDANT

                                      /s/ Joseph A. Franco, Esq.
                                      By His Attorney
                                      Joseph A. Franco, Esq.
                                      BBO# 543038
                                      51 Park Avenue, Suite 7
                                      West Springfield, MA 01089
                                      Tel: (413) 737-2675
                                      Fax: (413) 74 7-1721