UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 04-30050-MAP |
| V. ) | |
| ROBERT COONEY, ) | |
|     Defendant ) | |

**MOTION TO CONTINUE VIOLATION HEARING**

      Now comes the Defendant in the above-entitled matter and moves this Honorable Court to continue the revocation of supervised release from its presently scheduled date of October 19, 2006 at 2:00 PM to a date for status in December 2006. As grounds therefor, counsel states that an evidentiary matter involving scientific evidence (including but not limited to expert analysis of fingerprints) would be necessary. The evidence would take several hours, if not a day, to be presented to the Court. Expert witnesses would be necessary and funds for experts would be requested. Presently the case is scheduled for a jury trial in the Northern Berkshire District Court in February 2007. However, defense counsel for the Defendant in the state matter has indicated to this counsel that he may bring the case forward for a bench trial before that date. The result of that trial could obviate the necessity of an evidentiary hearing in this Court

      Therefore, in the interest of judicial economy and conservation of taxpayers' funds, it would be more efficient to have this matter set for a status in December 2006. Counsel has conferred with

Assistant United States Attorney Paul Smyth on this matter and he concurs and assents to this continuance. This counsel has also conferred with Rachelle Lee, the United States Probation Officer in charge of this matter and the Probation Department has no objection. Therefore, it is requested that this motion be allowed and that a new date be set.

                  THE DEFENDANT

                  /s/ Joseph A. Franco, Esq.
                  By His Attorney
                  Joseph A. Franco, Esq.
                  BBO# 543038
                  51 Park Avenue, Suite 7
                  West Springfield, MA 01089
                  Tel: (413) 737-2675
                  Fax: (413) 74 7-1721

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2006.

                  /s/ Joseph A. Franco, Esq.