UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

Case No. 04-30050-MAP

v.

ROBERT COONEY,
      Defendant

## MOTION TO CONTINUE PRE-REVOCATION HEARING

      Now comes the Defendant, by and through counsel, and moves this Honorable Court for an order continuing the pre-revocation hearing which is presently scheduled for December 7, 2006 at 3:30 PM to a date in the future. As grounds for and in support of this motion, counsel stats that he has been informed that the trial of Mr. Cooney's state district court case which is presently pending in Northern Berkshire District Court has been rescheduled to a date in January 2007. The evidence to be presented at trial consists of expert fingerprint evidence and testimonial evidence. If this matter were to proceed in this Court, expert funds would be required and the admissibility of the evidence would have to be determined prior to a hearing.

      Counsel has spoken with Assistant United States Attorney Paul Smyth and has been in contact with United States Probation Officer Rachelle Lee. The Assistant United States Attorney agrees to this continuance. The Probation Officer also agrees to this continuance and would request that the matter not be set for a specific new date, as she will monitor the state court action. Upon

resolution of the state court action, the Probation Officer will bring this case forward, if necessary. In all probability, the outcome of the state court case may be dispositive. Determining if an evidentiary hearing in this Court is necessary.

Therefore, defense counsel requests that this Court continue this case until such time that it is brought forward by Probation for either an evidentiary hearing, for disposition or for dismissal.

THE DEFENDANT

/s/ Joseph A. Franco, Esq.
By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2006.

/s/ Joseph A. Franco, Esq.