AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ROBERT COONEY

**WARRANT FOR ARREST**

Case Number: 04-30050-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT COONEY__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation   Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATIONS OF CONDITIONS OF PROBATION

in violation of Title _____ United States Code, Section(s) _____

MICHAEL A. PONSOR
Name of Issuing Officer

*[signature: Michael A. Ponsor]*
Signature of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

April 25, 2006 at Springfield, MA
Date and Location

Bail fixed at $ __Detention pending hearing__ by *[signature: Michael A. Ponsor]*
                                                    Name of Judicial Officer

I hereby certify that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
       Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 4/25/06 | NAME AND TITLE OF ARRESTING OFFICER Dariel N. Szellacy Supervisory Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER *[signature]* |
| DATE OF ARREST 4/27/06 | | |